# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2370

_____

United States of America,     *
    *
       Appellee,     *
    *    Appeal from the United States
      v.     *    District Court for the
    *    Northern District of Iowa.
David Lee Koebele,     *
    *      [UNPUBLISHED]
       Appellant.     *

_____

Submitted: March 3, 2010
Filed: March 5, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, David Koebele challenges the sentence the district court[1] imposed after he pleaded guilty to an attempted sex offense, in violation of 18 U.S.C. § 2422(b). Counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the district court committed plain error in imposing an excessive term of supervised release.

_____

[1] The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

We hold that the district court did not commit plain error in sentencing Koebele to a 25-year term of supervised release, which is well within the statutory limit of life. See 18 U.S.C. § 3583(k); United States v. Ristine, 335 F.3d 692, 694 (when defendant fails to raise timely objection to term of supervised release, review is for plain error). Further, having reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we affirm the district court's judgment and we grant counsel leave to withdraw.

_____